

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00166-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020- PA-01204
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Following a March 15, 2022 hearing, the trial court signed an order entitled "Order Following Hearing Regarding Placement" (the "March 15 order"). On March 21, 2022, relator filed a petition for writ of mandamus complaining of the March 15 order. Relator also filed a motion asking this court to stay: the March 15 order, "any new or revised orders to have the same effect," and the "trial court from taking punitive and coercive action to enforce the provisions of that order, including but not limited to incarceration and monetary sanctions." On March 22, 2022, we granted the motion for temporary emergency relief as follows:

1. The following decretal paragraph in the trial court's "Order Following Hearing Regarding Placement" rendered on March 15, 2022, and signed on March 18, 2022, is STAYED pending further order of this court:

   2.1 IT IS ORDERED that a child specific contract shall be entered on or before March 25, 2022 that calls for payment up to the amount of $800 per day for placement of E.R.G.

2. Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.

---

[1] This proceeding arises out of Cause No. 2020- PA-01204, styled *In the Interest of E.R.G., A Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

3.  Any contempt proceedings, sanctions, or any enforcement of the "Order Following Hearing Regarding Placement" are STAYED pending further order of this court.

On April 6, 2022, relator filed a "Second Motion for Temporary Emergency Relief." In that motion, relator states the trial court held a hearing regarding placement of the child and signed another "Order Following Hearing Regarding Placement" (the "April 6 order"). Among other things, the April 6 order ordered the Department to "submit a report of all efforts made to enter a child specific contract as ordered on March 15, 2022." The April 6 order further provided the report shall be e-filed by the end of business on April 6, 2022. Relator now seeks a stay of the trial court's April 6 order until we address the underlying issues in relator's petition for mandamus.

After consideration, we GRANT relator's second motion for temporary emergency relief as follows:

1.  The following decretal paragraph in the trial court's "Order Following Hearing Regarding Placement" orally rendered on April 5, 2022, and signed on April 6, 2022, is STAYED pending further order of this court:

    2.1  IT IS ORDERED that the Department shall submit a report of all efforts made to enter a child specific contract as ordered on March 15, 2022. The report shall be limited to efforts made from March 16, 2022 to March 22, 2022. Said report shall be e-filed by the end of business on April 6, 2022.

2.  Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.

3.  Any contempt proceedings, sanctions, or any enforcement of the "Order Following Hearing Regarding Placement" are STAYED pending further order of this court.

The trial court is further reminded our March 22, 2022 order remains in effect.

Finally, on April 6, 2022, relator filed a "Motion for Review of Further Orders," asking this court to review the trial court's April 6 order. After consideration, we GRANT the motion. *See* TEX. R. APP. P. 29.6.

It is so **ORDERED** on April 7, 2022.

**PER CURIAM**

ATTESTED: _____
MICHAEL A. CRUZ,
CLERK OF COURT